IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lopez, Maribel | Case Number: 08 B 01505 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,006.25 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 940.84 |
| Trustee Fee: | | 65.41 |
| Other Funds: | | 0.00 |
| Totals: | 1,006.25 | 1,006.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 940.84 |
| 2. | Asset Acceptance | Unsecured | 118.38 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 92.19 | 0.00 |
| 4. | Hyundai Motor Finance | Unsecured | 1,346.78 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 105.03 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 7.77 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 606.94 | 0.00 |
| 8. | B-Real LLC | Unsecured | 62.97 | 0.00 |
| 9. | Professional Recovery System | Unsecured | 77.81 | 0.00 |
| 10. | DeVry Institute of Technology | Unsecured | 812.68 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 109.27 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 548.00 | 0.00 |
| 13. | Haddon Street Properties | Unsecured | | No Claim Filed |
| 14. | Car Center | Unsecured | | No Claim Filed |
| 15. | City Of Champaign | Unsecured | | No Claim Filed |
| 16. | Diversified Svs Group | Unsecured | | No Claim Filed |
| 17. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 18. | Direct Tv | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | Credit Systems International | Unsecured | | No Claim Filed |
| 21. | Fitness Quest | Unsecured | | No Claim Filed |
| 22. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 23. | Rent A Center | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | National Service Center | Unsecured | | No Claim Filed |
| 26. | Rodale | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Lopez, Maribel

Printed: 02/24/09

Case Number: 08 B 01505
Judge: Wedoff, Eugene R
Filed: 1/24/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Mid America Bank | Unsecured | | No Claim Filed |
| 28. NCO Financial Systems | Unsecured | | No Claim Filed |
| 29. Illinois Collection Service | Unsecured | | No Claim Filed |
| 30. West Asset Management | Unsecured | | No Claim Filed |
| | | $ 7,371.82 | $ 940.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 65.41 |
| | $ 65.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: